Rel: June 7, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0655

Henry L. Penick and Penick Law Firm, P.C. v. Jerry M. Blevins (Appeal from Greene Circuit Court: CV-20-900043).

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Cook, JJ., concur.